UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY CARROLL et al.,

    Plaintiffs,

                                      Civil No. 04-74984

v.

                                      JOHN CORBETT O'MEARA

CITY OF DETROIT,

    Defendant.

_____/

**ORDER AFFIRMING MAGISTRATE JUDGE CAPEL'S MAY 12, 2006**
**ORDER GRANTING EMERGENCY MOTION FOR**
**PROTECTIVE ORDER**

    The Court having reviewed the Magistrate Judge's order, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

    **IT IS ORDERED** that the Court affirms Magistrate Judge Capel's May 12, 2006 Order.


                            s/John Corbett O'Meara
                            John Corbett O'Meara
                            United States District Judge

Dated: June 8, 2006

Copies: All attorneys of record